# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>OSCAR HUMBERTO RODRIGUEZ,<br><br>　　　　　　　　Defendant. | CASE NO. 14CR1316-W<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_　the Court has dismissed the case for unnecessary delay; or

_X_　the Court has granted the motion of the Government for dismissal, with prejudice; or

\_\_\_　the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_　a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_　the jury has returned its verdict, finding the defendant not guilty;

_X_　of the offense(s) as charged in the Information:

　　　8:1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens

　　　and Aiding and Abetting

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 23, 2015

　　　　　　　　　　　　　　　　　　　　　　David H. Bartick
　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge